

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00565-CR

Tina Gabrielle **RENDON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th  Judicial District Court, Medina County, Texas
Trial Court No. 21-03-13986-CR
Honorable Daniel J. Kindred, Judge Presiding

## O R D E R

Appellant's first motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before **January 3, 2023**. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court